IN THE SUPREME COURT OF TEXAS

 No. 08-0012

 IN RE TRACTOR SUPPLY CO. OF TEXAS LP D/B/A TRACTOR SUPPLY COMPANY #1120
 AND TRACTOR SUPPLY COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency relief, filed January 7, 2008,
is granted. The trial scheduled for January 14, 2008 in Cause No. 07-05-
45861, styled Chris Gomez and Sharon Gomez individually and as
representatives of the Estate of Miguel Andres Gomez v. Tractor Supply Co.
of Texas, L.P., d/b/a Tractor Supply Company #1120; Tractor Supply Company
and Johnston Industries, Inc., in the 79th District Court of Jim Wells
County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 11, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk